# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| TODD BATTS, Register No. 166268, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4150-CV-C-SOW |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On October 30, 2007, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on November 13, 2007. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of October 30, 2007, is adopted. [26] It is further

ORDERED that defendants' motion of September 11, 2007, is granted and plaintiff's complaint is dismissed, without prejudice, pursuant to 42 U.S.C. § 1997(e), for failure to exhaust administrative remedies. [9]

                                              /s/Scott O. Wright
                                              SCOTT O. WRIGHT
                                              Senior United States District Judge

Dated: December 3, 2007